United States Court of Appeals
FOR THE EIGHTH CIRCUIT

No. 97-3701

_____

In re:  Floyd Phillip Gibbons, II,    *
    *
    Debtor.    *
------------------------------    *
    *  Appeal from the United States
First Canterbury Securities, Inc.,    *  District Court for the
    *  Eastern District of Arkansas.
    Appellant,    *
    *      [UNPUBLISHED]
    v.    *
    *
Floyd Phillip Gibbons, II,    *
    *
    Appellee.    *

_____

Submitted:  March 13, 1998
Filed:  March 25, 1998

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and NANGLE, District Judge.[1]

_____

PER CURIAM.

---

    [1]The Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.

The Bankruptcy Court[2] dismissed the objection of First Canterbury Securities, Inc. to the dischargeability of its claim in the Chapter 7 proceedings of Floyd Phillip Gibbons, II. The Bankruptcy Court ruled the objection untimely because First Canterbury filed it after the Bankruptcy Rule 4007(c) deadline without first obtaining an extension. The District Court[3] affirmed the decision of the Bankruptcy Court. First Canterbury appeals.

Having considered the record and the parties' briefs and oral arguments on appeal, we find no reason for reversal. Because the case involves a routine application of bankruptcy rules that are plain in their meaning and an opinion would lack precedential value, we sustain the order of the District Court without further comment.

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Mary D. Scott, United States Bankruptcy Judge for the Eastern District of Arkansas.

[3]The Honorable Stephen M. Reasoner, Chief Judge, United States District Court for the Eastern District of Arkansas.